IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ALFRED ALLEN, et al.                                           PLAINTIFFS

VS.                                          CIVIL ACTION NO. 3:06cv178TSL-JCS

MISSISSIPPI RUBBER & SPECIALTY, et al.                         DEFENDANTS

## ORDER TRANSFERRING CASE

Upon the motion of the court, this matter is hereby transferred to the Southern Division of

the United States District Court for the Southern District of Mississippi.

SO ORDERED, this the 1st day of June, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE